# United States District Court
## MIDDLE DISTRICT OF FLORIDA
### 801 N. FLORIDA AVENUE
### TAMPA, FLORIDA 33602

**JAMES D. WHITTEMORE**
UNITED STATES DISTRICT JUDGE

(813) 301-5880

May 24, 2004

**SELF INITIATED
AMENDMENT**

Committee on Financial Disclosure
Attn: Ralph Watkins
Administrative Office of the U.S. Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

Re:    2003 Financial Disclosure Report

Dear Mr. Watkins:

Pursuant to your request, enclosed please find an amendment to my 2003 Financial Disclosure Report. Apparently Section III A, did not appear on my original submission.

If you have any questions, or need anything further, please feel free to call.

Sincerely,

James D. Whittemore
United States District Judge

/kle

encl.

RECEIVED 2004 JUN -1 A 11: 25 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Pharmerica, Inc. |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

RECEIVED 2004 JUN -1 A 11: 25 FINANCIAL DISCLOSURE OFFICE

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT <br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Whittemore, James D | 2. Court or Organization<br><br>Middle District of Florida | 3. Date of Report<br><br>5/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>801 N. Florida Avenue<br>Suite 13B<br>Tampa, Florida 33602 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | State of Florida Retirement (vested as of 2/1/98); no control |

RECEIVED May 14 12 28 PM '04 FINANCIAL DISCLOSURE OFFICE

**B. Spouse's Non-Investment Income**(If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Pharmerica, Inc. |

## IV.  REIMBURSEMENTS  -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Equitable Life | Loan against cash value of life insurance policy | K |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Whittemore, James D | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income. assets, or transactions) | | | | | | | | | |
| 1. 1st Union Securities - Evergreen CRT Money Mkt | | None | J | T | Closed | 09/01 | | | |
| 2. 1st Union Securities - First Trust SPCL SIT Internet Growth | | None | J | T | | | | | |
| 3. Amgen, Inc. Common Stock (IRA) | | None | K | T | | | | | |
| 4. Van Kampen Focus 209 Portfolios UIT (IRA) | | None | J | T | | | | | |
| 5. Cisco Systems, Inc. Common Stock (IRA) | | None | J | T | | | | | |
| 6. Cisco Systems, Inc. Common Stock (IRA) | | None | J | T | | | | | |
| 7. Time Warner, Inc., Common Stock (IRA) (Formerly AOL) | | None | J | T | | | | | |
| 8. First Trust SPCL SIT (IRA) | | None | J | T | | | | | |
| 9. First Trust Port 411 Semiconductor Growth UIT (IRA) | | None | J | T | | | | | |
| 10. VKFP Telecommunication and Bandwith Trust UIT (IRA) | | None | J | T | | | | | |
| 11. AVAYA, Inc. Common Stock (IRA) | | None | J | T | | | | | |
| 12. First Trust Port 422 Pharmaceutical Port UIT (IRA) | A | Dividend | J | T | | | | | |
| 13. Nektar Therapeutics Common Stock (IRA) (Formerly Inhale) | | None | J | T | | | | | |
| 14. Lucent Technologies, Inc. Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 15. Microsoft Corp. Common Stock (IRA) | | None | J | T | | | | | |
| 16. Van Kampen Focus 209 Portfolios UIT (IRA) | | None | J | T | | | | | |
| 17. Intel Corp Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 18. CIGNA Corporation 401K | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2.500 | C = $2,501-$5.000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50.001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500.001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Cigna Corporation Pension Plan | C | Interest | L | T | | | | | |
| 20. Trust #1 | E | Div/Int/Rent | M | T | | | | | |
| 21. --Condo #1 (Hillsborough County, Florida) | | | | | | | | | |
| 22. --Condo #2 (Hillsborough County, Florida) | | | | | | | | | |
| 23. --Valiant Fund Money Mkt. (United Bank) | | | | | | | | | |
| 24. --United Bank Ck. Account | | | | | Closed | 4/30 | J | | |
| 25. --Verizon Common Stock | | | | | Partial sale | 01/16 | J | | |
| 26. | | | | | Partial sale | 04/22 | J | | |
| 27. | | | | | Partial sale | 06/19 | J | | |
| 28. --Walmart Common Stock | | | | | | | | | |
| 29. --Abbott Labs Common Stock | | | | | Sell | 10/03 | J | | |
| 30. --Automatic Data Common Stock | | | | | Sell | 11/11 | J | | |
| 31. --Bank of America Common Stock | | | | | | | | | |
| 32. --BB&T Corp. Common Stock | | | | | | | | | |
| 33. --General Electric Common Stock | | | | | | | | | |
| 34. --McGraw Hill Co.'s, Inc. Common Stock | | | | | | | | | |
| 35. --Microsoft Common Stock | | | | | Sell | 06/19 | J | | |
| 36. --Realty Income Corp. Common Stock | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2.500 | C = $2,501-$5.000 | D = $5,001-$15.000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50.001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000.000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250.000-$500,000 | O = $500.001-$1,000,000 | P1 = $1,000.001-$5,000,000 | P2 = $5.000,001-$25,000,000 | |
| | P3 = $25.000.001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. --Pfizer, Inc. Common Stock | | | | | | | | | |
| 38. --Southern Co. Common Stock | | | | | Partial Sale | 06/19 | J | | |
| 39. --Sysco Corp. Common Stock | | | | | | | | | |
| 40. --Target Common Stock | | | | | | | | | |
| 41. --Vanguard GNMA Fund (Mut Fnd) | | | | | Buy | 4/25 | J | | |
| 42. | | | | | Buy | 6/23 | J | | |
| 43. --Compass Bancshares, Inc. (Common Stock) | | | | | Buy | 7/22 | J | | |
| 44. --Charter One Finl, Inc. (Common Stock) | | | | | Buy | 7/22 | J | | |
| 45. --Healthcare Reit, Inc. (Common Stock) | | | | | Buy | 7/22 | J | | |
| 46. --Exxon Mobil (Common Stock) | | | | | Buy | 7/22 | J | | |
| 47. Pharmerica 401K | A | Div/Int | J | T | Open | 6/01 | | | |
| 48. Southtrust Bank Accts. (X) | A | Interest | J | T | | | | | |
| 49. Bay Gulf Credit Union Accts. (X) | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Whittemore, James D | 5/13/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII.  Investments and Trusts -
   * "UIT" - Unit Investment Trust

   #7.  Formerly America Online, Inc. -- 10/03 - name change to Time Warner, Inc.

   #13.  Inhale Terapeutic Sys – 01/03 - name change to Nektar Therapeutics

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date__5/13/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544